IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 7:24CR20 |
| v. | INDICTMENT |
| JEFFREY JAVONTAE KNIGHT, also known as "Jefe," | In violation of: 21 U.S.C. § 841 |
| Defendant. | |

The Grand Jury charges:

## COUNT ONE
(Possession with Intent to Distribute Methamphetamine)

1. On or about March 25, 2024, in the Western District of Virginia, the defendant, JEFFREY JAVONTAE KNIGHT, knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

2. Before JEFFREY JAVONTAE KNIGHT committed this offense, he was convicted of Possession of Heroin with Intent to Distribute, a serious drug felony, for which he served more than 12 months in prison and was released from serving any term of imprisonment related to that offense within 15 years of commencing the instant offense.

3. In violation of Title 21, United States Code, §§ 841(a)(1), (b)(1)(A) and 851.

## COUNT TWO
(Possession with Intent to Distribute Fentanyl)

4. On or about March 25, 2024, in the Western District of Virginia, the defendant, JEFFREY JAVONTAE KNIGHT, knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (known as fentanyl), a Schedule II controlled substance.

5. In violation of Title 21, United States Code, § 841(a)(1), (b)(1)(C).

A **TRUE BILL**, this \_\_11\_\_ day of July, 2024.

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

for CHRISTOPHER R. KAVANAUGH
United States Attorney