IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

**CRIMINAL MINUTES - GUILTY PLEA HEARING**

**Case No.:** 7:24cr20             **Date:** 12/12/2024

**Defendant:** Jeffrey Javontae Knight, Custody    **Counsel:** Beatrice Diehl, FPD

| PRESENT: | | |
|---|---|---|
| | JUDGE: | Elizabeth K. Dillon, CUSDJ |
| | TIME IN COURT: | 12:58 – 1:32p; 34 m |
| | Deputy Clerk: | K. Anglim |
| | Court Reporter: | F. Austin |
| | U. S. Attorney: | Drew Inman |
| | USPO: | Andrew Ridgway |

**PROCEEDINGS:**

☒ Defendant placed under oath.  Court questions defendant regarding his/her physical and mental condition, and advises defendant of his/her rights, and the nature and possible consequences of plea.
☒ Government summarizes evidence to support plea and rests.
☒ Plea Agreement previously filed with court (dkt. 22).
☒ Statement of Facts previously filed with court (dkt. 25).
☒ Guilty plea form executed and filed.
☒ Court accepts plea of guilty.
☒ Court finds defendant guilty as charged in Counts enter counts to which defendant pled guilty
☒ Court takes Plea Agreement under advisement.

**DEFENDANT PLEADS:**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | Count 1 of the indictment | | | |

☒ Court orders Presentence Report.
☒ Defendant remanded to custody.
☒ Sentencing hearing scheduled for April 7, 2025 at 10:00 am in Roanoke before Hon. Elizabeth K. Dillon.